# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-479-MOC-DCK

| | |
|---|---|
| MARTIN GOLUB, | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER** |
| | ) |
| NAVIENT SOLUTIONS LLC, and<br>NAVIENT CORPORATION, | )<br>) |
| | ) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on "The Government's Notice Of Election To Decline Intervention And Motion To Unseal" (Document No. 10) filed August 6, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that Plaintiff-Relator does not oppose the motion to unseal, the undersigned will grant the motion. See (Document No. 12).

**IT IS, THEREFORE, ORDERED** that "The Government's . . . Motion To Unseal" (Document No. 10) is **GRANTED**, as follows:

1. the "Complaint" (Document No. 2), "The Government's Notice Of Election To Decline Intervention And Motion To Unseal" (Document No. 10) and "Plaintiff-Relator's Response…" (Document No. 12) be unsealed;

2. all other contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants;

3. the seal be lifted as to all other matters occurring in this action *after* the date of this Order;

4. if Plaintiff-Relator elects to proceed with this action pursuant to 31 U.S.C. § 3730(c)(3), Plaintiff-Relator shall serve the Complaint and other unsealed documents on Defendants within 90 days of this Order;

5. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. the parties shall serve all Notices of Appeal upon the United States; and

7. all Orders of this Court shall be sent to the United States.

**SO ORDERED**.

Signed: September 14, 2018

David C. Keesler
United States Magistrate Judge